**Van−002** [Notice of Hearing] (Rev. 10/23)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**  
Jeremy Brandon McDonald  
**SSN:** xxx−xx−2888

**Case No.** 24−80494−CRJ13  
**Chapter** 13

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*23* − Trustee's Motion to Dismiss Case Filed by Trustee Michele T. Hatcher. (Hatcheroffice, to)

**Date:** Monday, May 20, 2024     **Time:** 10:00 AM

**Location:** Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601

**THE HEARING WILL TAKE PLACE IN PERSON.** However, if you are unable to appear in person, you may appear telephonically. The dial−in information is available on our website at https://www.alnb.uscourts.gov/content/judge−clifton−r−jessup−jr.

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: April 26, 2024

By:

Joseph E. Bulgarella, Clerk  
United States Bankruptcy Court

dwh