# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−8 | User: admin | Date Created: 4/26/2024 |
| Case: 24−80494−CRJ13 | Form ID: van002 | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michele T. Hatcher | ecf@ch13decatur.com |
| aty | Jackson E Duncan, III | jackson.duncan@mccalla.com |
| aty | Richard L Collins | richard@rlcollins.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jeremy Brandon McDonald | 124 County Road 248 | Cullman, AL 35057 | |
| cr | Ally Financial, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 11314686 | 1st Franklin Financial | Attn: Bankruptcy Dept | 135 E Tugalo St, Pob 880 | Toccoa, GA 30577 |
| 11325727 | 1st Franklin Financial Corporation | Attn: Administrative Services | PO Box 880 | Toccoa, GA 30577 |
| 11318622 | Capital One N.A. | by American InfoSource as agent | PO Box 71083 | Charlotte, NC 28272−1083 |
| 11314684 | Internal Revenue Service | Bankruptcy Cases | P O Box 7346 | Philadelphia, PA 19101−7346 |
| 11314682 | John Deere Financial | P. O. Box 5327 | Madison, WI 53705−0327 | |
| 11314683 | Kubota Credit Corp, USA | Attn: Bankruptcy | Po Box 2048 | Grapevine, TX 76099 |
| 11316995 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 11314687 | Progressive Insurance | 6300 Wilson Mills Rd. | Cleveland, OH 44143 | |
| 11320767 | State of Alabama Department of Revenue | Legal Division | P.O. Box 320001 | Montgomery, Alabama 36132−0001 |
| 11314685 | State of Alabama Dept. of Revenue | Legal Division | P O Box 327820 | Montgomery, AL 36132 |
| 11314688 | Stripling Equipment | 8480 W. Oaklawn Road | Biloxi, MS 39532 | |
| 11314689 | Traditions Bank | 109 2nd Ave Nw | Cullman, AL 35055 | |
| 11314690 | U. S. Small Business Admin. | 409 3rd Atreet SW | Washington, DC 20416 | |
| 11330193 | U.S. Small Business Administration | 14925 Kingsport Rd | Fort Worth, TX 76155 | |

TOTAL: 16