In re:                                                                                                                                   Case No. 24-80494-CRJ

Jeremy Brandon McDonald                                                                             Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8                            User: admin                                                         Page 1 of 2

Date Rcvd: Apr 26, 2024                      Form ID: van002                                        Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Brandon McDonald, 124 County Road 248, Cullman, AL 35057-4140 |
| 11314682 | | John Deere Financial, P. O. Box 5327, Madison, WI 53705-0327 |
| 11314688 | + | Stripling Equipment, 8480 W. Oaklawn Road, Biloxi, MS 39532-7713 |
| 11314689 | + | Traditions Bank, 109 2nd Ave Nw, Cullman, AL 35055-3426 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2024 23:46:28 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 11314686 | + | Email/Text: bankruptcy@1ffc.com | Apr 26 2024 23:38:00 | 1st Franklin Financial, Attn: Bankruptcy Dept, 135 E Tugalo St, Pob 880, Toccoa, GA 30577-0880 |
| 11325727 | + | Email/Text: bankruptcy@1ffc.com | Apr 26 2024 23:38:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 11318622 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2024 23:46:29 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 11314684 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 23:37:00 | Internal Revenue Service, Bankruptcy Cases, P O Box 7346, Philadelphia, PA 19101-7346 |
| 11314683 | ^ | MEBN | Apr 26 2024 23:32:22 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 11316995 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:07:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 11314687 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 26 2024 23:36:00 | Progressive Insurance, 6300 Wilson Mills Rd., Cleveland, OH 44143-2182 |
| 11320767 | | Email/Text: bankruptcy@revenue.alabama.gov | Apr 26 2024 23:38:00 | State of Alabama Department of Revenue, Legal Division, P.O. Box 320001, Montgomery, Alabama 36132-0001 |
| 11314685 | | Email/Text: bankruptcy@revenue.alabama.gov | Apr 26 2024 23:38:00 | State of Alabama Dept. of Revenue, Legal Division, P O Box 327820, Montgomery, AL 36132 |
| 11314690 | + | Email/Text: bankruptcynotices@sba.gov | Apr 26 2024 23:36:00 | U. S. Small Business Admin., 409 3rd Atreet SW, Washington, DC 20416-0001 |
| 11330193 | + | Email/Text: PDELINQ@sba.gov | Apr 26 2024 23:37:00 | U.S. Small Business Administration, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jackson E Duncan, III | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jackson.duncan@mccalla.com mccallaecf@ecf.courtdrive.com |
| Michele T. Hatcher | ecf@ch13decatur.com treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |
| Richard L Collins | on behalf of Debtor Jeremy Brandon McDonald richard@rlcollins.com rlcecfnotices@gmail.com;r45967@notify.bestcase.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                    **Case No.** 24−80494−CRJ13
Jeremy Brandon McDonald                   **Chapter** 13
**SSN:** xxx−xx−2888

**Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*23 −* Trustee's Motion to Dismiss Case Filed by Trustee Michele T. Hatcher. (Hatcheroffice, to)

**Date:** Monday, May 20, 2024           **Time:** 10:00 AM

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

**THE HEARING WILL TAKE PLACE IN PERSON.** However, if you are unable to appear in person, you may appear telephonically. The dial−in information is available on our website at https://www.alnb.uscourts.gov/content/judge−clifton−r−jessup−jr.

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: April 26, 2024                                        By:

                                                               Joseph E. Bulgarella, Clerk
                                                               United States Bankruptcy Court

dwh